**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LEODIS RANDLE**                                                      **PLAINTIFF**

**VS.**                                  **4:18-CV-00148-BRW**

**DOES**                                                            **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of February, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE